Date: 11/15/10

Page: 1

**DIVIDENDS REMITTED TO THE COURT**

Check Number 1009 Dated 11/15/10

Case Number 09-41138 - DURAND, JON R

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| ST PAUL FAMILY DENTISTRY<br>1050 LARPENTEUR AVE<br>ST PAUL MN 55113-6556 | 000001 | 469.00 | 4.98 |
| FAIRVIEW<br>400 STINSON BLVD<br>MINNEAPOLIS MN 55413 | 000003 | 30.00 | 0.32 |
| U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | 000009 | 394.00 | 4.19 |
| ---------- Remittance Total --------------- | | 893.00 | 9.49 |

TIMOTHY D. MORATZKA, Trustee

RECEIVED 10 NOV 30 AM 9:30 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

COURT1

Printed: 11/15/10 07:20 AM    Ver: 16.00a