Runa by SW 5/12 #193167

Date: 05/11/11                                                                                          Page: 1

## DIVIDENDS REMITTED TO THE COURT
Check Number 1017 Dated 05/11/11
Case Number 09-41138 - DURAND, JON R

RECEIVED
11 MAY 12 AM 9:36
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| FAIRVIEW<br>400 STINSON BLVD<br>MINNEAPOLIS MN 55413 | 000003 | 30.00 | 0.87 |
| ---------- Remittance Total ---------------- | | 30.00 | 0.87 |

_____
TIMOTHY D. MORATZKA, Trustee

COURT1                                                         Printed: 05/11/11 08:37 AM   Ver: 16.02b